# **Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON, and JAMES DAVIES on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION,<br><br>           Defendants. | Adv. Pro. No. 22-50387 (CTG)<br><br>Related to Docket No. 16. |

## DECLARATION OF AARON SAMPLES IN SUPPORT OF
## FIRST GUARANTY MORTGAGE CORPORATION'S OPPOSITION TO
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Aaron Samples, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am the Chief Executive Officer of First Guaranty Mortgage Corporation ("FGMC") which is the sole Member of Maverick II Holdings, LLC ("Maverick", together with FGMC, the "Debtors"). I am familiar with the Debtors' business, financial affairs, and day-to-day operations.

2. I submit this Declaration to provide factual information in support of FGMC's Opposition to Plaintiffs' Motion for Class Certification and Related Relief.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein. All facts set forth in the Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, and/or my opinion based on my experience and knowledge of the Debtors' operations and financial condition. In making the Declaration, I have relied in part on information and materials that the Debtors' personnel and advisors have gathered, prepared, verified, and provided to me, in each case under my ultimate supervision, at my direction, and/or for my benefit in preparing the Declaration. If I were called to testify as a witness in this matter, I could and would testify competently to the facts set forth herein.

4. FGMC's corporate headquarters are located in Plano, Texas. The Debtors have regional offices in Texas, Virginia, Utah, Hawaii, Maryland, Missouri, Nevada, New Jersey, and North Carolina.

5. As of June 1, 2022, the Debtors employed approximately 600 full-time employees, of which approximately 292 were paid (either in whole or in part) on a commission basis for loans closed.

6. On June 24, 2022, as a result of its inability to procure additional financing to ease its liquidity crisis as well as the cessation of new loan origination activity, FGMC reduced its workforce by separating the employment of approximately 471 employees, including approximately 284 employees paid (at least in part) on a commission basis.

7. On June 24, 2022, the Debtors sent to employees who worked at or reported to the Plano, Texas facility and were separated on that date notices of separation pursuant to the Worker Adjustment and Retraining Notification Act (the "WARN Act").

8. As of June 24, 2022, FGMC's Ft. Worth, Texas facility, employed less than 100 employees and terminated less than 50 employees.

9. As of June 24, 2022, FGMC's Henderson, Nevada facility, employed less than 100 employees and terminated less than 50 employees.

10. After June 24, 2022, more than 200 separated employees received severance payments, notwithstanding the absence of a formal company policy. These payments collectively totaled $857,000, and the severance payments were made without requiring any consideration in return, such as providing a release or returning of equipment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: October 28, 2022

/s/ Aaron Samples
Aaron Samples
Chief Executive Officer
First Guaranty Mortgage Corporation

122590708