**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br>Bankr. Case No.  22-10584 (CTG)<br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMES DAVIES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.<br><br>Defendants. | Adv. Pro. No. 22-50387-CTG |

**CERTIFICATION OF COUNSEL REGARDING THE STIPULATION
EXTENDING TIME FOR PLAINTIFFS TO SUBMIT A REPLY IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF**

I, Christopher D. Loizides of the law firm, Loizides, P.A., co-counsel for the above-

referenced plaintiffs (the "Plaintiffs"), hereby certify as follows:

1.      The Plaintiffs and the above-referenced defendants (the "Defendants" or with

the Plaintiffs, the "Parties") have conferred and have entered into a Stipulation Extending Time

for Plaintiffs to Submit a Reply in Support of Plaintiffs' Motion for Class Certification and

Related Relief (the "Stipulation", which is attached as Exhibit "A" to the proposed order

attached hereto as Exhibit "1") extending the time for the Plaintiffs to submit a reply brief in

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

support of Plaintiffs' Motion for Class Certification and Related Relief (Adv. D.I. 16) to

December 9, 2022, without prejudice to Plaintiffs' right to seek a further extension of this

deadline or prejudice to the Debtors' right to oppose any further deadline extension.

      2.     The Parties hence request that the Court enter the proposed Order Approving

Stipulation Extending Time for Plaintiffs to Submit a Reply in Support of Plaintiffs' Motion

for Class Certification and Related Relief attached hereto as Exhibit "1".

Dated: November 17, 2022

Respectfully submitted,

By:    /s/ *Christopher D. Loizides*
        Christopher D. Loizides (No. 3968)
        **LOIZIDES, P.A.**
        1225 King Street, Suite 800
        Wilmington, Delaware 19801
        Telephone: (302) 654-0248
        Facsimile: (302) 654-0728
        E-mail: loizides@loizides.com

        *Co-counsel to Plaintiffs and the Putative Class*

# EXHIBIT 1
# PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMESDAVIES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.<br><br>Defendants. | Adv. Pro. No. 22-50387-CTG |

## ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFFS TO SUBMIT A REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF

The parties' Stipulation Extending the Time for Plaintiffs to Submit a Reply in Support of

Plaintiffs' Motion for Class Certification and Related Relief, attached hereto as Exhibit "A", is

hereby APPROVED. The Plaintiffs may submit a reply brief in support of Plaintiffs' Motion for

Class Certification and Related Relief up to and including December 9, 2022, without prejudice to

Plaintiffs' right to seek a further extension of this deadline or the Debtors' rights to oppose any

further deadline extension.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

# EXHIBIT A

# STIPULATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al,[1]<br><br>      Debtors. | Chapter 11<br>Bankr. Case No.  22-10584 (CTG)<br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMES DAVIES, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.<br><br>      Defendants. | Adv. Pro. No. 22-50387-CTG |

### STIPULATION EXTENDING TIME FOR
### PLAINTIFFS TO SUBMIT A REPLY IN SUPPORT OF PLAINTIFFS' MOTION
### FOR CLASS CERTIFICATION AND RELATED RELIEF

The parties hereby stipulate and agree that the deadline for the above-captioned

Plaintiffs to submit a reply brief in support of Plaintiffs' Motion for Class Certification and

Related Relief (Adv. D.I. 16) is hereby extended to and including December 9, 2022, without

prejudice to Plaintiffs' right to seek a further extension of this deadline or prejudice to the

Debtors' right to oppose any further deadline extension.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

Dated: November 17, 2022

Respectfully submitted,

By:     /s/ *Christopher D. Loizides*
      Christopher D. Loizides (No. 3968)
      **LOIZIDES, P.A.**
      1225 King Street, Suite 800
      Wilmington, Delaware 19801
      Telephone: (302) 654-0248
      Facsimile: (302) 654-0728
      E-mail: loizides@loizides.com

OF COUNSEL:

**RAISNER ROUPINIAN LLP**
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122
Email: stuart@lankmill.com

**THE GARDNER FIRM, PC**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181
Email: molsen@thegardnerfirm.com

*Attorneys for Plaintiffs and the putative class*

*AND*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**
Samuel R. Maizel (*Pro Hac Vice*)
Tania M. Moyron (*Pro Hac Vice*)
601 S. Figueroa Street, #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: samuel.maizel@dentons.com
tania.moyron@dentons.com

-and-

**DENTONS US LLP**
David F. Cook (DE Bar No. 6352)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*