# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,<br><br>Debtors. | Chapter 11<br>Bankr. Case No. 22-10584 (CTG)<br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMES DAVIES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,<br><br>Defendants. | Adv. Pro. No. 22-50387-CTG |

## DECLARATION OF CLASS COUNSEL CONFIRMING
## NO INDIVIDUAL HAS OPTED OUT OF THE CLASS

René S. Roupinian declares the truth of the following under penalty of perjury:

1. I am an attorney at Raisner Roupinian LLP and Class Counsel in the above-referenced case.

2. On January 11, 2023, the Court entered its Order Approving Stipulation to Certify a Class and Granting Related Relief [D.I. 26] in this matter.

3. Pursuant to the Order, Class Counsel's settlement administrator, American Legal Claim Services, LLC, caused to be mailed on February 6, 2023, the *Notice of Class Action* (the "Notice") to the 425 individuals who were to receive the Notice. [Adv. D.I. 27].

4. As provided in the Notice, any individual electing to exclude herself/himself from the Class was required to mail a completed Opt-Out Form so that it was received by Class Counsel by March 13, 2023.

5. No individual elected to opt-out of the Class.

Dated: March 23, 2023

                                                     **RAISNER ROUPINIAN LLP**

                                                     */s/ Rene S. Roupinian*_____